IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAKODIA WOOTEN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5024

_____/

Opinion filed August 12, 2016.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Nancy A. Daniels, Public Defender; Steven L. Seliger and David A. Davis, Assistant Attorneys General; and John Edward Eagen, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Thomas H. Duffy and Tayo Popoola, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., ROWE and MAKAR, JJ., CONCUR.